PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Tyquon Marques Wilson  Docket No. 5:19-CR-496-1D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Tyquon Marques Wilson, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 14th day of January, 2021.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant was released on pretrial conditions to include a 11:00pm to 8:00am curfew with no technology. Since being placed on conditions of release, the defendant has been compliant with all conditions of release. The defendant has secured new employment that requires him to work from 3:00pm until 11:30pm and most nights the time extends past midnight. Due to this new employment and the defendant's compliance thus far, we would recommend that the defendant's curfew be removed from his conditions of release.

**PRAYING THAT THE COURT WILL ORDER** that the defendant's curfew condition be stricken from his release conditions.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Senior U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2538
Executed On: June 29, 2021

### ORDER OF THE COURT

Considered and ordered the __30__ day of __June__, 2021, and ordered filed and made part of the records in the above case.

James C. Dever III
U.S. District Judge