UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Tyquon Marques Wilson                     Docket No. 5:19-CR-496-1D

### Petition for Action on Supervised Release

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tyquon Marques Wilson, who, upon an earlier plea of guilty to Possession With Intent to Distribute a Quantity of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) and Possession of Firearm by a Felon, in violation of 18 U.S.C §§ 922(g)(1) and 924(a)(2) was sentenced by the Honorable James C. Dever III, U.S. District Judge, on June 6, 2022, to the custody of the Bureau of Prisons for a term of time served (329 days). It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Tyquon Marques Wilson was released from custody on June 6, 2022, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 28, 2022, the defendant was charged with Driving While Impaired (22CR 280535) in Wake County, North Carolina. Wilson admitted to drinking alcohol and operating his vehicle when questioned about the incident. To address this issue and closely monitor Wilson's future Alcohol use, we are recommending he participate in our district's Remote Alcohol Monitoring Program for a period of 60 days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 60 consecutive days. The defendant must pay all the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Julie W. Rosa<br>Julie W. Rosa<br>Supervising U.S. Probation Officer | /s/ Quanda L. Lunsford<br>Quanda L. Lunsford<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8801<br>Executed On: October 11, 2022 |

Tyquon Marques Wilson
Docket No. 5:19-CR-496-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __12__ day of __October__, 2022, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge